NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEK SOLUTIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2014-5139

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00243-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

RONALD HENRY, Kaye Scholer LLP, Washington, DC, argued for plaintiff-appellant. Also represented by ROBERT JOHN WAGMAN, JR., DAVID M. HIBEY.

MATTHEW PAUL ROCHE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., KIRK T. MANHARDT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 8, 2015                             /s/  Daniel  E.  O'Toole
    Date                                  Daniel E. O'Toole
                                          Clerk of Court